# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>DANIEL K. DAVIS,<br>    Defendant. | No. 2:11-cv-07070-RSWL-OP<br><br><br>**DEFAULT JUDGMENT**<br>BY CLERK |

    Plaintiff has requested a default judgment in this case against the Defendant. The Clerk has entered the Defendant's default in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure. The Court, having examined the pleadings and the record, is of the opinion that the Plaintiff's request is well-founded and should be granted. IT IS, THEREFORE,

    ORDERED, ADJUDGED, and DECREED that Plaintiff, HICA EDUCATION LOAN CORPORATION shall be, and hereby is, awarded judgment

Default Judgment
Page **1** of **2**

from and against Defendant, Daniel K. Davis, for **$5,215.76** (representing $4,243.30 in unpaid principal, accrued, unpaid interest of $965.87, and $6.59 in late fees through October 26, 2011), with additional prejudgment interest from October 27, 2011, to the date of this judgment at the rate of $0.36 per day.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that this judgment shall bear interest from the date of this judgment until it is paid at the contractual rate agreed upon by the parties, which rate the Court finds to be a contractual rate set forth in the contract between the parties, which is a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus three percent, rounding this figure up to the nearest one-eighth of one percent.

SIGNED this 4th day of November, 2011.

Lori Muraoka, Deputy Clerk

**CLERK, UNITED STATES DISTRICT COURT**

Default Judgment
Page **2 of 2**